81,86402

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

July 23, 2015

MR. Blake Hawthorne
Clerk of the Court
COURT OF CRIMINAL APPEALS
201 West 14th St. Rm. 106
P.O. Box 12308
Austin, Texas 78711

RE: Ex parte MIGUEL PALACIOS PLATA
CAUSE NO W199-82676-09-HC2

Dear Mr. Hawthorne:

My habeas application and memorandum was done by a con artist. I now have to start over. He also left with the Court of Criminal Appeals white card, and a document explaining something in my writ was suspended.

Will you please send me another white card, and the document explaining what in my habeas was suspended and for how long.

Your time and assistance with this matter is appreciated

Respects
Miguel Plata
12 W19